IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br><br>Plaintiff(s),<br><br>v.<br><br>Jonathan Johnson,<br><br>Defendant(s). | Case No. 20 CR 79-2<br>Judge Sharon Johnson Coleman |

## ORDER

Motion hearing held on 6/2/2025. For the reasons stated on the record, defendant's emergency motion for reconsideration of his compassionate release motion [344] is granted. Defendant's term of imprisonment is considered time served. Defendant is to be released forthwith. The Court extends the 4 year term of supervised release of an additional 6 months for a total of 54 months. For the first six months of supervised release, defendant is to be placed on home detention. Defendant will be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer. Compliance with these conditions, as well as other court-imposed conditions of supervision, shall be monitored by a form of location monitoring technology selected at the discretion of the probation officer, and defendant shall abide by all technology requirements. Costs of the location monitoring is waived for the first month. All other conditions of supervised release to stand. Defendant admonished to comply to the conditions of supervised release. If defendant is released between today and tomorrow, defendant is to report to the Probation Office before 5:00 p.m. on 6/6/2025. The Probation Office is directed to conduct a background check on Ashley Lind, who defendant reported would help to care for his son when he is working.

Date: 6/2/2025

Sharon Johnson Coleman
United States District Judge